```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 30974
    BRIAN E METZ
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

           Debtor
    SSN XXX-XX-8861


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/20/04 and confirmed on 10/15/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   6560.64 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMY SLANINKA | UNSECURED | 6000.00 | .00 | 939.63 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | 190.00 | .00 | 29.75 |
| RMI | UNSECURED | NOT FILED | .00 | .00 |
| EQUIFAX RISK MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR RECOVER SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PIERCE HAMILTON | UNSECURED | NOT FILED | .00 | .00 |
| GREGORY DOERFLER DDS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 663.92 | .00 | 103.97 |
| JAY L DAHL | UNSECURED | NOT FILED | .00 | .00 |
| KIRSTIN MOORE | UNSECURED | 14397.72 | .00 | 2254.74 |
| MEGAN CAMPBELL | UNSECURED | 10100.00 | .00 | 1581.70 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| PHIL NATHA | UNSECURED | 3400.00 | .00 | 532.45 |
| PROFESSIONAL CREDIT SERV | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | 250.00 | .00 | 39.15 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 35001.64 | .00 | 35001.64 |
| PRINCIPAL PAID | .00 | .00 | 5481.39 | .00 | 5481.39 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 5481.39 | .00 | 5481.39 |

The Debtor's attorney, JAY L DAHL                , was allowed $   2200.00 and was paid $   1400.00  direct and $    800.00  through the plan.

The Trustee received $   279.25 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/10/08                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE